**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

GINERVA MOEHRLIN

    Plaintiff,

v.                                      CASE NO.:   6:17-cv-00913-PGB-TBS

TD BANK USA, N.A. and
TARGET CORPORATION,

    Defendant.

## NOTICE OF PENDING SETTLEMENT

**PLAINTIFF,** GINERVA MOEHRLIN, by and through her undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, GINERVA MOEHRLIN, and Defendants, TD BANK USA, N.A. and TARGET CORPORATION, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents.   Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on December 6, 2017, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

                                      Respectfully submitted,

                                      */s/Heather H. Jones*
                                      Heather H. Jones, Esq.
                                      Florida Bar No. 0118974
                                      William "Billy" Peerce Howard, Esq.
                                      Florida Bar No. 0103330
                                      THE CONSUMER PROTECTION FIRM, PLLC
                                      210-A South MacDill Avenue
                                      Tampa, FL 33609
                                      Telephone: (813) 500-1500, ext. 205
                                      Facsimile: (813) 435-2369
                                      Heather@TheConsumerProtectionFirm.com
                                      Billy@TheConsumerProtectionFirm.com
                                      *Attorney for Plaintiff*