**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

GINERVA MOEHRLIN,

    Plaintiff,

v.                                          CASE NO.: 6:17-cv-00913-PGB-TBS

TD BANK USA, N.A. and
TARGET CORPORATION.

    Defendant.

---

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

COMES NOW, Plaintiff Ginerva Moehrlin, and Defendants TD Bank USA, N.A. and Target Corporation, by and through their undersigned counsel, and would represent to the Court that this action has been resolved, and would request entry of an Order dismissing this matter with prejudice, each party to bear their own costs and attorneys' fees.

Respectfully submitted on December 20, 2017.

| | |
|---|---|
| */s/ Heather H. Jones* | */s/ Robert K. Tucker, II* |
| Heather H. Jones, Esq. | Robert K. Tucker, Esq. |
| Florida Bar No.: 0118974 | Florida Bar No.: 0051641 |
| William "Billy" Peerce Howard, Esq. | rtucker@hinshawlaw.com |
| Florida Bar No.: 0103330 | HINSHAW & CLUBERTSON LLP |
| THE CONSUMER PROTECTION FIRM, PLLC | 100 South Ashley Drive, Suite 500 |
| 210-A South MacDill Avenue | Tampa, FL 33602 |
| Tampa, FL 33609 | Tel: (813)276-1662 |
| Tel (813) 500-1500/Fax: (813) 435-2369 | Fax: (813) 276-1956 |
| Heather@TheConsumerProtectionFirm.com | Attorneys for Defendants TD Bank USA, N.A. |
| Billy@TheConsumerProtectionFirm.com | and Target Corporation |
| *Attorneys for Plaintiff* | |