**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

GINERVA MOEHRLIN,

       Plaintiff,

v.                                   Case No:  6:17-cv-913-Orl-40TBS

TD BANK USA, N.A. and TARGET
CORPORATION,

       Defendants.
_____/

## ORDER

This cause comes before the Court on the parties' Joint Stipulation for Dismissal with Prejudice (Doc. 29), filed December 20, 2017. The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate any pending deadlines and close this case.

**DONE AND ORDERED** in Orlando, Florida on December 22, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties